FILED
CLERK, U.S. DISTRICT COURT

FEB 22 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CASE NUMBER:  ACV 98-5675 |
| v. | |
| Gregory C. Pearson, | NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION |
| DEFENDANT(S). | |

On ___1/12/01___, a Notice of Intent to Dismiss Recovery Case For Lack of Prosecution was issued for the following reason(s):

[ X ]  Plaintiff failed to show proof of service of the Summons and Complaint

[ ]  Plaintiff failed to file a Request for Default/Default Judgment, Consent Judgment or Notice of Dismissal.

Plaintiff was given until ___2/9/01___ to respond and no response or objection having been filed, THEREFORE:

PLAINTIFF'S COUNSEL IS HEREBY NOTIFIED that this action is dismissed without prejudice.

CLERK, U. S. DISTRICT COURT

By _____
Deputy Clerk

ENTER ON ICMS

FEB 22 2001

CV-98 (01/01)   NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION